```
UNITED STATES DISTRICT COURT                              ECF CASE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                       NOTICE OF APPEARANCE AND
     - v. -                       :    REQUEST FOR ELECTRONIC
                                       NOTIFICATION
JAVIER MARTIN-ARTAJO and          :
JULIEN GROUT,                          13 Cr. 707 (LGS)
                                  :
          Defendants.
                                  :
- - - - - - - - - - - - - - - - - x
```

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case and add him as a filing user to whom notices of electronic filing in this case will be transmitted.

Dated:  New York, New York
        January 2, 2015

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney
                                  Southern District of New York

                            By:   /s/ MICHAEL FERRARA
                                  Assistant U.S. Attorney
                                  212-637-2526

TO:  Defense Counsel (by ECF)